MARK R. KASSENBROCK, ESQ., SBN 104574
PETER J. PULLEN, ESQ., SBN 109388
**MEEGAN, HANSCHU & KASSENBROCK**
Attorneys at Law
1545 River Park Drive, Suite 550
Sacramento, CA  95815
Telephone No.:  (916) 925-1800
Facsimile No.:  (916) 925-1265

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| JERRY J. RICHARDS, an individual, dba J. RICHARDS CONSTRUCTION,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT S. REIS, an individual, JULIA G. REIS, an individual, and DOES I-X,<br><br>    Defendants. | CASE NO. 2:08-CV-00078-GEB-EFB<br><br>**STIPULATION AND ORDER REMANDING CASE TO STATE COURT** |

Since the parties in this action stipulate that this action shall be remanded to "the Superior Court of California, in and for the County of Placer, Tahoe City Branch, Case No. T CV 1337," this action is remanded to said court.

Dated:  January 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

JH:\Reis\Stipulation

_____

**STIPULATION AND ORDER
REMANDING CASE TO STATE COURT**          1